**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| MARY MUJICA and FRANK MUJICA, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) Case No. 3:23-cv-00169-JD-MGG |
| NEWMAR CORPORATION and FREIGHTLINER CUSTOM CHASSIS CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), Plaintiffs Mary and Frank Mujica ("Plaintiffs"), Defendant Freightliner Custom Chassis Corporation ("FCCC"), and Defendant Newmar Corporation ("Newmar"), by their respective counsel, hereby stipulate to the voluntary dismissal with prejudice of Plaintiffs' claims against FCCC and Newmar in this action. The parties agree that all claims by Plaintiffs against FCCC and Newmar shall be dismissed with prejudice, each party to bear its or their own attorneys' fees and costs.

Respectfully submitted,

*/s/ Elizabeth Ahern Wells (via email auth.)*
Elizabeth Ahern Wells
BURDGE & WELLS LAW OFFICE CO., LPA
8250 Washington Village Drive
Dayton, Ohio 45458
937-432-9500
beth@burdgelaw.com

Counsel for Plaintiff

*/s/ Carolyn E. Riggs*
Carolyn E. Riggs, Atty No. 35140-49
Christina Fugate, Atty. No. 27218-49
Libby Moyer, Atty. No. 36910-71
Aaron Cox, Atty. No. 38816-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
317-236-2100
carolyn.riggs@icemiller.com
christina.fugate@icemiller.com
libby.moyer@icemiller.com
aaron.cox@icemiller.com

Counsel for Defendant Freightliner Custom Chassis Corporation

*/s/ Hans HJ Pijls (via email auth.)*
Hans HJ Pijls
DINSMORE & SHOHL LLP - AA/MI
300 N Fifth Ave, Suite 120
Ann Arbor, MI 48104
734-773-4058 (telephone)
734-913-6007 (facsimile)
hans.pijls@dinsmore.com

Counsel for Defendant Newmar Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, the foregoing was e-filed and served via IEFS on all counsel of record.

*/s/ Carolyn E. Riggs*
Carolyn E. Riggs